682

and *Lee A. Jackson* for respondents.

No. 619. GENERAL MOTORS CORP. ET AL. *v.* FEDERAL TRADE COMMISSION. January 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. John Thomas Smith* and *Anthony J. Russo* for petitioners. *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Charles H. Weston* and *W. T. Kelley* for respondent.

No. 621. HENRY LEVAUR, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. January 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Allan Seserman* for petitioners. *Solicitor General Biddle* and *Messrs. Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf* for respondent.

No. 632. DETROIT TRUST Co. (FORMERLY SECURITY TRUST COMPANY), EXECUTOR, *v.* WOODWORTH, COLLECTOR OF INTERNAL REVENUE. January 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Charles F. Delbridge* and *Francis W. McCauley* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Thomas E. Harris, Maurice J. Mahoney,* and *George H. Zeutzius* for respondent.

No. 634. BALTIMORE & OHIO RAILROAD Co. *v.* JOSEPH, ADMINISTRATOR. January 20, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth